UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANNMARIE GORDON,

               Plaintiff,

   v.

TACOMA SELF STORAGE, et al.,

               Defendants.

Case No. 3:25-cv-05246-DGE

ORDER TO SHOW CAUSE

The District Court has referred Plaintiff's motion to proceed *in forma pauperis* (IFP) to United States Magistrate Judge Theresa L. Fricke. Dkt. 1.

The district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed IFP. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

Plaintiff's application to proceed IFP is insufficient to determine if Plaintiff is unable to pay the $405 filing fee. Dkt. 1. Specifically, Plaintiff did not indicate the date of most recent employment and the total amount of most recent net monthly salary. *Id.* She also did not specify how much money she has in her checking account or savings account. *Id.*

Finally, Plaintiff did not describe the types of monthly expenses she incurs, such as housing, transportation, utilities, loan payments, or other regular monthly expenses

ORDER TO SHOW CAUSE - 1

and the amount spent each month. *Id.* at 2. Plaintiff's IFP application does not comply with the statutory criteria of 28 U.S.C. § 1915(a)(b), and therefore is incomplete.

The Court, in sum and for the reasons stated above, herein ORDERS Plaintiff Annmarie Gordon to file a revised IFP application and complete the information that is needed ("show cause") on or before **May 18, 2025**. Plaintiff is further advised that failure to comply with this order may result in denial of IFP and/or dismissal. The Clerk is directed to send a copy of this Order to Plaintiff and a blank IFP application form.

Dated this 28th day of March, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2